# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE GOODRITZ** | |
| Plaintiff, | |
| v. | Civil Action No. 17-4946 |
| **CASTAWAY COVE, LLC.,** | |
| **S. & T. AMUSEMENT, CO.,** | |
| And | |
| **SCOTT SIMPSON** | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, George Goodritz, hereby dismisses the above-captioned action in its entirety, with prejudice.

| | |
|---|---|
| Date: May 4, 2018 | s/Franklin J. Rooks, Jr.<br>BY: FRANKLIN J. ROOKS, JR., ESQUIRE<br>***Jacobson & Rooks, LLC***<br>525 Route 73 North, Suite 104<br>Marlton, NJ, 08053<br>Telephone No. (856) 874-8999<br><br>*Attorney for Plaintiff, George Goodritz* |